Jason Wesley Tate, Sole beneficiary
 of the JASON WESLEY TATE Estate
c/o 2108 S. Old Temple Rd.
Lorena, Texas state (Non-domestic/ZIP exempt)
united States of America



## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF TEXAS, WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | within the Admiralty |
| | ) | Case # **W-10-CR-27-4** |
| Plaintiff | ) | |
| | ) | |
| | ) | **DEMAND FOR PRODUCTION** |
| | ) | **OF OATHS OF OFFICE AND** |
| | ) | **BONDS** |
| | ) | **OF PUBLIC SERVANTS** |
| | ) | **NOTICE OF INTENT TO** |
| | ) | **DISQUALIFY** |
| v. | ) | |
| | ) | |
| JASON WESLEY TATE | ) | |
| | ) | Judge Walter S. Smith Jr. |
| | ) | |
| Defendant in Error | ) | |

**Jason Wesley Tate; Sole Beneficiary of the
JASON WESLEY TATE Estate and a Real
Party in Interest**

**State of Texas** )
                    :ss
**McLennan County** )

### NOTICE OF INTENT TO DISQUALIFY

      **COMES NOW,** Patti Tate Attorney in fact for and on behalf of Jason Wesley Tate, a living, breathing, natural born Man and American Citizen, defendant-in-error, *sui juris*, non-licensed attorney litigant, the undersigned, and now gives Notice to this Honorable Court pursuant to the Texas Rules of Evidence Article 2 Rule 201 and Federal Rules of Evidence Rule 201(c)(2):

## Sworn Affidavit of the Woman Patti Tate

STATE OF TEXAS           )
                         ) ss.
COUNTY OF MCLENNAN )

Patti Tate hereinafter "Affiant", having first been sworn upon oath deposes and says that:

1. Affiant is a Woman, who is over 21 years of age and aware of the issues regarding this affidavit and am competent to state the facts herein.

2. Affiant has personal knowledge of the facts stated herein.

3. All of the facts stated herein are true, correct and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

4. Before the undersigned, an officer duly commissioned by the laws of Texas, on this 9th day of April, 2012, personally appeared Patti Tate who, having been first duly sworn, deposes and says:

## FIRST DEMAND
## OF PUBLIC SERVANTS TO PRODUCE THEIR OATHS OF OFFICE AND PRODUCE OF A COPY OF THEIR PUBLIC HAZARD BONDS

5. First Demand is made on this the 3/31/2012 for Walter S Smith Jr., Mark Frazier prosecuting attorneys to produce a certified copy of their oaths of office to certify these men have the authority to function in the public to serve the private.

6. **Demand** is herein made of production of the oaths of office of Mark Frazier, prosecuting attorneys and Walter S Smith Jr. to verify and validate that each of these men have a copy of above referenced Oaths of Office on file that demonstrates that these named men have the authority to function in the public to serve the private.

7. Further, **Demand** is herein made of the above named men the production of the public hazard bonds of each of the named men so as to insure a claim be paid in the event of an injury to the living woman known as Patti Tate and her property JASON WESLEY TATE. See UCC-1 attached

   Further **Demand** is herein made by Patti Tate, Executor of the JASON WESLEY TATE Estate, DEMANDS that Public Servant Walter Smith Jr., public servant Mark

Frazier, US Attorneys produce written authorization from the administrator/ Executor of said Estate Patti Tate to prove authority to administer said Estate.

## SECOND NOTICE OF RELIEF OF DUTIES OF PUBLIC DEFENDER DOYLE YOUNG

8. SECOND Notice is herein given of the relief of the duties as Public Defender Doyle Young by affiant Patti Tate for and on behalf of the Man Jason Wesley Tate. For and on the record Doyle Young you are relieved of your duties in representing the man Jason Wesley Tate with respect to case number W-10-CR-27-4.
9. To be perfectly clear…..Doyle Young you are fired, you are fired, you are fired.
10. Affiant Patti Tate for and behalf of the Man Jason Wesley Tate does **genuinely** appreciate the interest that public servant Walter Smith Jr. has taken in trying to protect the interests of the man Jason Wesley Tate. However, this affiant DEMANDS that the court take judicial notice of the relief of the duties as public defender Doyle Young is now FIRED.
11. Affiant is NOT ASKING the court or Judge Smith's permission. Affiant is DEMANDING that the court take judicial notice. Affiant is confident that as a man and woman standing in their full commercial liability they can operate confidently to right any wrongs and bring peace to these proceedings.

## NOTICE OF INTENT TO DISQUALIFY

12. Notice is herein given of the intent of the flesh and blood woman Patti Tate and the flesh and blood man Jason Wesley Tate to DISQUALIFY Walter S Smith Jr. as judge in this case number W-10-CR-27-4 in the event Walter S Smith Jr. refuses to produce a certified copy of his oath of office to support his authority to function in the public to serve the private.
13. Any ruling that harms the man Jason Wesley Tate or the woman Patti Tate made by Walter S Smith Jr. or any other judge who refuses to produce their oath of office is NULL AND VOID as an operation of law.